1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant Campos-Raynoso

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-00204 SBA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **ADVANCING CHANGE OF PLEA AND** |
| v. | ) | **SENTENCING DATE** |
| | ) | |
| SERGIO CAMPOS-RAYNOSO | ) | Hearing Date:    June 23, 2009 |
| | ) | Requested Date: June 9, 2009 |
| Defendant. | ) | |

The above-captioned matter is set on June 23, 2009 for change of plea and sentencing. On April 7, 2009, the parties submitted a proposed Rule 11(c)(1)(C) plea agreement to the Court, and United States Probation was asked to prepare a criminal history presentence report. That presentence report was submitted to the Court yesterday. The parties therefore jointly request that the date for entry of plea and sentencing be advanced from June 23, 2009 to June 9, 2009. The assigned United States Probation Officer is available on that date. At the last appearance in this matter, the Court entered an order excluding time between April 7, 2009 and June 23, 2009.

May 12, 2009                                    /s/
                                                NED SMOCK
                                                Assistant Federal Public Defender

Stip to Advance, CR 09-0204 SBA            1

| | | |
|---|---|---|
|1| May 12, 2009 |         /s/ |
| | | JOSHUA HILL |
|2| | Assistant United States Attorney |

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the change of plea and sentencing hearing date of June 23, 2009 is advanced to June 9, 2009 at 10:00 a.m.

IT IS SO ORDERED.

 5/19/09
Date

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip to Advance, CR 09-0204 SBA                    2